# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br>     Plaintiff, <br> v. <br><br> AVANTI MARKETS, INC. and CONTINENTAL CAFÉ, LLC d/b/a CONTINENAL CANTEEN d/b/a CONTINENTAL SERVICES, <br><br>     Defendants. | Case No. 2:20-CV-10395-SDD-DRG <br> Hon. Stephanie Dawkins Davis <br> Magistrate Judge David R. Grand |

**STIPULATION FOR DISMISSAL OF DEFENDANT CONTINENTAL CAFÉ, LLC ONLY**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sentinel Insurance Company, Ltd. ("Sentinel") and Defendant Continental Café, LLC d/b/a Continental Canteen d/b/a Continental Services ("Continental Café"), through their respective counsel, as follows:

1) that Continental Café shall be bound by and subject to any declaratory judgment, determination, or ruling in this action relating to insurance coverage;

2) that Continental Café releases any claims for insurance coverage that it may have now or in the future relating to the underlying action, captioned *Continental Café, LLC, d/b/a Continental Canteen, d/b/a Continental Services v. Avanti Markets, Inc. and Ingenico Group*, E.D. Mich. Case No. 4:19-cv-11283-SDD-DRG; and

3) that Sentinel's claims in this action as they pertain to Defendant Continental Café, only, be dismissed with prejudice and without costs or attorney fees to any party.

| | |
|---|---|
| *s/Elaine M. Pohl* | *s/ Miles T. Macik* (w/consent) |
| Elaine M. Pohl (P60359) | Miles T. Macik (P63262) |
| PLUNKETT COONEY, P.C. | HOWARD & HOWARD |
| 38505 Woodward Ave., Suite 100 | 450 W. 4th Street |
| Bloomfield Hills, MI  48304 | Royal Oak, MI 48067 |
| (248) 901-4000 | (248) 723-0474 |
| (248) 901-4040 Fax | (248) 645-1568 Fax |
| epohl@plunkettcooney.com | mmack@howardandhoward.com |
| *Attorney for Plaintiff* | *Attorney for Def. Continental Café, LLC* |
| Dated:  June 8, 2020 | Dated:  June 8, 2020 |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> AVANTI MARKETS, INC. and ) <br> CONTINENTAL CAFÉ, LLC d/b/a ) <br> CONTINENAL CANTEEN d/b/a ) <br> CONTINENTAL SERVICES, ) <br> ) <br>     Defendants. ) | Case No.  2:20-CV-10395-SDD-DRG <br> Hon. Stephanie Dawkins Davis <br> Magistrate Judge David R. Grand |

## ORDER

This matter having come before the Court by Stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** as follows:

1) that Continental Café shall be bound by and subject to any declaratory judgment, determination, or ruling in this action relating to insurance coverage; and

2) that Sentinel's claims in this action as they pertain to Defendant Continental Café, only, be dismissed with prejudice and without costs or attorney fees to any party.

IT IS SO ORDERED.

                                                      s/Stephanie Dawkins Davis
                                                      STEPHANIE DAWKINS DAVIS
                                                      UNITED STATES DISTRICT JUDGE

Dated:  June 10, 2020