# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br>     Plaintiff, <br> v. <br><br> AVANTI MARKETS, INC. and <br> CONTINENTAL CAFÉ, LLC d/b/a <br> CONTINENAL CANTEEN d/b/a <br> CONTINENTAL SERVICES, <br><br>     Defendants. | Case No. 4:20-CV-10395-SDD-DRG <br> Hon. Stephanie Dawkins Davis <br> Magistrate Judge David R. Grand |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Sentinel Insurance Company, Ltd. ("Sentinel"), by and through counsel, files this Notice, pursuant to Fed. R. Civ. P. 41(a)(1), of the voluntary dismissal of Defendant Avanti Markets, Inc. ("Avanti"), with prejudice, and without costs to any party. Avanti is the sole remaining defendant in this case. Avanti has not served an answer or a motion for summary judgment, thereby permitting Sentinel to file this Notice of Dismissal.

                                                                Respectfully Submitted,

                                                                *s/Elaine M. Pohl*
                                                                 Elaine M. Pohl (P60359)
                                                                 PLUNKETT COONEY, P.C.
                                                                 Attorneys for Plaintiff
                                                                 38505 Woodward Avenue, Suite 100
                                                                Bloomfield Hills, MI 48304
                                                               (248) 901-4000
Dated: March 19, 2021                  epohl@plunkettcooney.com